# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL B. COHEE, | : | |
| | : | |
|     Plaintiff | : | |
| v. | : | Civ. No. 13-1243-RGA |
| | : | |
| CARL C. DANBERG, *et al.*, | : | JURY OF TWELVE DEMANDED |
| | : | |
|     Defendants. | : | |
| | : | |

### EXHIBITS A-K (REDACTED VERSION)
### IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT
### CORRECT CARE SOLUTION'S MOTION FOR SUMMARY JUDGMENT

 

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: */s/ Peter S. Murphy*
    Peter S. Murphy, Esq. (Bar No. 5043)
    Alexandra D. Rogin, Esq. (Bar No. 6197)
    222 Delaware Avenue, 7th Floor
    Wilmington, DE 19801
    (302) 574-7400
    pmurphy@eckertseamans.com
    arogin@eckertseamans.com
    *Counsel for Plaintiff*

Dated: March 2, 2018