# EXHIBIT "A"

# In The Matter Of:

*Cohee v.*
*Del. Dept of Corrections*

*Officer Jason Russell*
*September 13, 2017*

**NEXTGEN REPORTING**
Making Litigation Easier.   NextGenReporting.com
PHILADELPHIA | 215.944.5800   NEW YORK CITY | 646.470.3376   PHOENIX | 623.224.2760   SILICON VALLEY | 650.799.8020

*Min-U-Script® with Word Index*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DANIEL B. COHEE,            )
                Plaintiff,  ) No. 13-cv-1243-RGA
                            )
v.                          )
                            )
DELAWARE DEPARTMENT OF      )
CORRECTIONS; CARL C.        )
DANBERG; PERRY PHELPS;      )
CPT. M. RISPOLI;            )
LT. BAYNARD; SGT. JONES;    )
OFFICER JASON RUSSELL;      )
OFFICER MITCHELL; OFFICER   )
BOONE; OFFICER JOHN DOE;    )
OFFICER ERNEST A.           )
KEMP, JR.; OFFICER JAMES J. )
JANUSIEWICZ; and CORRECT    )
CARE SOLUTIONS, LLC,        )
                Defendants. )

       Deposition of OFFICER JASON RUSSELL,

taken pursuant to notice at the James T.

Vaughn Correctional Center, 1181 Paddock Road,

Smyrna, Delaware, beginning at 1:13 p.m. on

Wednesday, September 13, 2017, before Jennifer

M. Guy, Registered Professional Reporter and

Notary Public.

              WILCOX & FETZER
       Registered Professional Reporters
 1330 King Street - Wilmington, Delaware 19801
                (302) 655-0477
                www.wilfet.com

```
 1      A.   2009 to 2012, early '12.
 2      Q.   So about three years or so?
 3      A.   Yeah, about three years.
 4      Q.   And was that continuous?  Did you ever
 5   go on leave, come back?
 6      A.   No, it was continuous.
 7      Q.   And did you ever take any sort of
 8   FMLA, disability leave, anything like that?
 9   Extended vacation?
10      A.   While here, no.  It might have ran
11   right at the beginning, but I had a child born
12   while I was in the academy.
13      Q.   So if you were gone from here for any
14   time, it was because you had a child, and not
15   an injury or something like that?
16      A.   No.
17      Q.   So back in 2012, which is the time of
18   the incident in the complaint is alleged to
19   have happened, what was your technical
20   position?  Was it a correctional officer?
21      A.   Correctional officer.
22      Q.   So at that time, who did you report
23   to?
24      A.   At that time, I worked down in maximum
```

Case 1:13-cv-01243-RGA   Document 182-1   Filed 03/02/18   Page 5 of 10 PageID #: 2177

Officer Jason Russell - September 13, 2017

7

```
 1   housing unit 23, and building sergeant was
 2   Sergeant Raynard Jones.
 3       Q.   And how many hours a week were you
 4   working at that point?
 5       A.   Forty hours a week.
 6       Q.   Any overtime?
 7       A.   No.
 8       Q.   And for that position, did you receive
 9   any training?
10       A.   Other than the CEIT training at the
11   academy.
12       Q.   Can you talk about that a little bit?
13       A.   Basically policy, and prepares you for
14   day-to-day routines as far as working inside
15   the institution, safety concerns, what to look
16   for, how to interact with offenders.
17       Q.   Is that, is it sort of like a course?
18   Do you do that before you start working in the
19   prison?
20       A.   Yes.
21       Q.   And how long does that run for?
22       A.   I believe it's three months.
23       Q.   And did you feel that that training
24   adequately prepared you for everything that
```

**NextGen Reporting**
**(888-267-1200)**

```
 1   point, medical will let building staff know.
 2   But if it's not something that's court
 3   ordered, it's the right of that offender, if
 4   they've got it prescribed their sick call or
 5   an on-call provider or something like that.
 6   If they have it prescribed, they have the
 7   right to refuse it; they don't have to take
 8   it.
 9        Q.  If somebody is taking a prescription,
10   they want to or it's court ordered, the
11   process of administering that, does the
12   medical staff come in and deliver it to the
13   cell or do you take them to the medical staff?
14   How does that happen?
15        A.  It comes to the cell.
16        Q.  So you wouldn't really have -- you
17   wouldn't have any role in that?
18        A.  No.  The medical personnel -- all we
19   do is escort them onto the tier.  We walk them
20   around by the cell door, hey, crack this door
21   or open this one up, and they go down the
22   line.  They'll crack a door one at a time,
23   hand them the medication, they'll take the
24   medication, secure the door, move on to the
```

```
 1   next door.
 2       Q.   Do you remember Mr. Stroman ever
 3   needing medication or --
 4       A.   Not offhand, no.
 5       Q.   Do you remember Mr. Cohee?
 6       A.   Yes.
 7       Q.   And are you aware of whether he and
 8   Stroman had any concerns in general with each
 9   other?
10       A.   No, ma'am.
11       Q.   Hypothetically speaking, if an inmate
12   came and told you they have concerns about the
13   person they're being housed with, what would
14   you do?
15       A.   If they were in fear of their life or
16   safety or well-being, I would immediately
17   separate them.  We have an interview room
18   that's on the tier, you can separate them or
19   pull them off the tier.  The building sergeant
20   would be notified, and then if it's a valid
21   complaint or something not trying to be
22   manipulated, the area lieutenant would move
23   housing units, move them to a different tier,
24   and separate the two individuals.
```

```
 1      Q.  So you sort of take it up the line
 2  to -- I guess Sergeant Jones is who you were
 3  reporting to?
 4      A.  I believe he was the building sergeant
 5  on that day, yes.
 6      Q.  So if that situation would have
 7  happened, you would take it to Sergeant Jones?
 8      A.  Right.
 9      Q.  Do you remember the incident at all?
10      A.  Yes, ma'am.
11      Q.  So I just want to sort of get a
12  timeline from your perspective of how that all
13  went down.  You can start from the morning of
14  that day and just take me through.
15      A.  It was a normal day.  We came in on
16  shift, doing area shifts.  There was no
17  issues, nobody complaining of, you know, as
18  far as offenders on the tier, no issues, just
19  a normal, regular running day.  I can't
20  remember if we did yard in the morning.  But
21  then we moved on to chow time.
22              Two building staff go up to 24,
23  the initial building you enter before it spins
24  into the three buildings.  There was A chow
```

```
 1      Q.  That's fine.  So then pick up where
 2  you left off with them getting back and being
 3  secured.
 4      A.  So C Tier is out of the building, up
 5  in the chow hall.  We hear a faint banging.
 6  So we come off C Tier, we're trying to figure
 7  out -- because it echoes inside the building;
 8  you can't pinpoint it right offhand.  So we're
 9  looking, look on the tiers, doesn't seem to be
10  any sign.  We go around the B Tier, and I see
11  the whole entire lowers, their faces are in
12  the window, and they're like, Russell, you
13  need to go upstairs.
14              So we get on the pod, I get up
15  there to upper C.  The entire glass pane has
16  blood all over it, but you can still somewhat
17  see in the glass, but you can visibly tell
18  there's an issue.  So call for the control pod
19  to crack the door.  I have my partner, I
20  believe it was -- I can't remember his name
21  now, the sergeant that was on the tier with
22  me.  He foots the door so it doesn't swing all
23  the way open in case there's, you know,
24  something that's going to be coming out of the
```

1  room, you know what I mean?  Look in there, I
2  see Cohee with a towel wrapped up around his
3  hand, and Stroman is crouched down where all I
4  see is his back facing the wall away from me
5  at the end of the room.  So Cohee, I tell him,
6  Take the towel off your hand, I don't know if
7  you have a weapon.  There's obviously blood;
8  there's blood everywhere.  I'm not going to
9  pull you out until I can secure this, make
10 sure you don't have anything that's going to
11 injure me or my partner on the tier.
12            So he takes the towel off his
13 hand, immediately starts squirting blood.  So
14 I tell him to wrap the towel back up, keep it
15 tight, try to keep pressure on it.  Pull him
16 out of the pod, take him down to the shower to
17 secure him in the shower, get him out of
18 there.  Once I take him down to the shower
19 secure, I tell him, Don't wash, this is all
20 evidence, there's obviously been a fight.  At
21 that time, he's not irate, but he's irritated,
22 you know; he just got in a fight.  So he's
23 secured in the shower.
24            Go back, I get Stroman out, cuff