# EXHIBIT "B"

# In The Matter Of:

*Cohee v.*
*Danberg, et al.,*

---

*Daniel B. Cohee*
*October 11, 2017*

---

*Wilcox & Fetzer, Ltd.*
*1330 King Street*
*Wilmington, DE   19801*
*email: depos@wilfet.com, web: www.wilfet.com*
*phone:  302-655-0477, fax:  302-655-0497*



Original File Cohee v. Danberg 10-11-17 depo of Daniel Cohee.txt
Min-U-Script® with Word Index

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DANIEL B. COHEE,                )
                               )
        Plaintiff,             )
                               ) Civil Action No.
v.                             ) 13-1243-RGA
                               )
CARL DANBERG, et al.,          )
                               )
        Defendant.             )


        Deposition of DANIEL B. COHEE taken

pursuant to notice at the Delaware Department

of Justice, Carvel State Building, 6th Floor,

Wilmington, Delaware, beginning at 1:05 p.m.

on Wednesday, October 11, 2017, before Kurt

A. Fetzer, Registered Diplomate Reporter and

Notary Public.


                WILCOX & FETZER
        Registered Professional Reporters
1330 King Street - Wilmington, Delaware 19801
                (302) 655-0477
                www.wilfet.com



**WILCOX & FETZER LTD**
Registered Professional Reporters
(302) 655-0477
www.wilfet.com

**Daniel B. Cohee**                              33

```
1        Q.    When you were housed in the SHU,
2    how often would someone come by to perform
3    what you referred to as cell-side
4    counseling?
5        A.    Basically twice a week.
6        Q.    I want to talk a little bit about
7    your relationship with your cellmate,
8    Mr. Purnell Stroman.
9              Do you recall when you first
10   began to be housed with him?
11       A.    I remember I had a cell -- I just
12   moved to the MU and I had a cellie named
13   Jamal Daniels for a month or so.  And then
14   he left and I was in there maybe a week by
15   myself.  And then -- I'm not sure of the
16   exact date.  Maybe a month before the
17   incident.  He was moved into my cell
18   directly from the SHU.
19       Q.    How was your relationship with him
20   in the beginning?
21       A.    He was quiet at the beginning, but
22   he just had a lot of personality disorders
23   I'd say.  He paced a lot, talked to himself
24   out loud a lot, stayed up all night.
```

1    Basically he had a lot of animosity.

2              I guess -- I didn't know what

3    he was in for, how much time he had.  I

4    only had 11 months left on my sentence and

5    I was just trying to go home.  So I would

6    try to sleep my days away a lot and read

7    and write.

8              Yeah, it wasn't good basically.

9    He's just...

10   Q.    You said Mr. Purnell had --

11   A.    He was miserable.  He was just --

12   sorry.

13   Q.    You said Mr. Purnell had a lot of

14   animosity?

15   A.    Yeah.  He just seemed angry all the

16   time.

17   Q.    How would this anger be exhibited

18   to you?

19   A.    Well, one night I asked him -- he

20   was pacing around in the cell talking to

21   himself, just rambling on about somebody I

22   guess he hurt or whatever.

23             And I just stayed dude, I'm

24   trying to sleep.  Do you mind if I sleep?

1                    And he was like I'll kill you

2        if you sleep.  And it was just pitch black

3        in the cell.  They turn the lights off at

4        11:00.  It was probably about 12:30 at

5        night.  And he just leaned his one foot

6        against the wall and like looked at me.

7        And all I really seen was his eyes in the

8        dark with the light from the outside tower

9        coming through our cell.

10                    And that's when I knew I had to

11        get out of there.

12        Q.    Do you recall when that incident

13        occurred?

14        A.    It was the day before I spoke to

15        sergeant or CO Russell.  I'm not sure of

16        the exact date.  I actually had the date

17        confused.  I thought it was the 24th I was

18        attacked as it says in the complaint and

19        everything.  I was attacked on the 23rd.

20                    But it was approximately the

21        18th, 17th, something like that of February

22        2012.

23        Q.    So the night that it appears that

24        Mr. Purnell threatened you, at what point

**Daniel B. Cohee**                                        36

1    did you tell an officer or make that threat

2    known?

3        A.    The next day.

4        Q.    To whom did --

5        A.    I didn't say what he said to me.  I

6    was still in the cell with Stroman.  He had

7    his headphones on on the top bunk.  And I

8    know it was like the CO's come by and do a

9    segregation round every 30 minutes to do a

10   visual cell check inspection.

11                I just tapped on the window and

12   I asked CO Russell if I could be moved to

13   another cell; I'm having problems with my

14   cellmate.  And he said I don't have the

15   authority; you got to ask Sergeant Jones;

16   he's the lead worker.

17                He was just a regular

18   correctional officer, so I would have to

19   ask his lead worker.

20       Q.    What did you do after you spoke to

21   Mr. Russell?

22       A.    After he walked away, I guess

23   Stroman heard me.  So he pulled his

24   headphones down and was yo, what are you

1    trying to do, get moved?

2                  I said no; I was just talking

3    about when I go to the CREST.  And I tried

4    to play it off and he knew basically.

5                  Later that night he was crying,

6    staring in the mirror and he was talking

7    about killing hisself.  So I told him you

8    don't want to do that.  I got up and I

9    hugged him.  He had a Bible on the side of

10   his bunk.  I said just read your Bible,

11   man; you'll be all right; sorrows come and

12   go.

13                 He's like I could just cut my

14   throat, it will take a second, I'm going to

15   be here for life.

16                 That's when I started knowing

17   he had life.  He started crying.  You know,

18   then he started laughing when I handed him

19   the Bible and I hugged him.  I knew I had

20   to get out of there.

21                 I talked to him that next

22   morning.  I asked him do you think you can

23   go to Sergeant Jones and tell him that you

24   want to be in a cell by yourself and get me

**Daniel B. Cohee**                                          38

1    moved?

2                    And he's like I guess.  That's

3    with what he did.

4                    So when we went to recreation,

5    Stroman went to Sergeant Jones right there

6    by the slider where everybody goes out and

7    plays basketball.  And I didn't hear

8    exactly what he said to Sergeant Jones, but

9    he looked at me and he said no, he's not

10   going to move.

11                   After that Stroman really

12   started -- inmates started saying things to

13   Stroman about him going to staff.  They

14   knew there was probably a problem in our

15   cell and they started instigating him.

16                   That was probably a dumb idea

17   that I made him go ask.  I should have did

18   it myself.

19                   Basically, he just started

20   getting real, you know, agitated with me,

21   argumentative with me.  I tried not to

22   argue with him.  And when I went to chow

23   the day before the incident, the day of the

24   incident, and I asked Sergeant Jones

 1      myself, he basically just cut me short in

 2      the middle of the conversation.  I told him

 3      my cellie needs to go to the SNU, which is

 4      the special needs unit for mentally ill

 5      inmates because he talked to hisself.  He

 6      was just really out there, you know.  He

 7      wasn't on his medications is what he told

 8      me one time because I asked him, I said

 9      dude, do you take meds or anything?  He

10      said yeah, I do but they ain't renewed

11      them.

12                  I don't know the exact words,

13      you know, what was said in our conversation

14      it's so long ago.

15                  But basically I know I just had

16      to get out of there.  Once he said he was

17      going to kill hisself and then, you know, I

18      went to staff and I asked Sergeant Jones.

19      I know that I went to him and I said my

20      cellie has been threatening me.  Do you

21      think you can move me to another cell?

22                  He said no, I don't do that; I

23      don't move nobody; the only place I move

24      people is to the hole; so if you and your

1      having problems, you-all work it out or

2      fight and I'll send both you-all to the

3      hole, but no, I don't do that.

4                      As I walked toward the slider

5      that goes to the building 23 from 24, other

6      inmates were surrounding Stroman saying

7      something like what are you and the white

8      boy having problems, he got you sleeping

9      under the bunk, da-da-da.  Basically, you

10     know, they knew that we were trying to get

11     moved so they figured -- you know.

12                     After that, he leaned against

13     the wall, he looked at me and he was like

14     biting his lip, angry.  We go back to the

15     cell.  And my neighbor next door slid the

16     newspaper over and I was reading the

17     newspaper.  And I made a comment about a

18     rapist in the newspaper just because that's

19     how I personally feel.  I didn't mean to

20     offend him.  I didn't know what he was in

21     for, what's going on.  I just was trying to

22     change the subject.

23                     He was basically saying -- like

24     everybody was laughing at him.  I wasn't



1    laughing at him, even though in the summary

2    judgment that's not true.  I was just

3    trying to laugh it off when everybody was

4    coming at him because I knew the truth.  I

5    was the one trying to get moved.  He's not

6    trying to get moved.  I knew that we

7    already kind of tried to agree to move, so

8    it was behind the scenes of other inmates

9    in there instigating.  Do you know what I

10   mean?  Does that make sense?

11                  In the summary judgment --

12                  MR. MURPHY:  Hold on.  Let's

13   wait for the next question.

14      Q.    So after you spoke to I believe

15   Sergeant Jones, how long was it before the

16   altercation with Mr. Stroman occurred?

17      A.    Not even ten minutes.  As soon as

18   we got locked in the cell, about two

19   minutes or so.

20      Q.    So you said two minutes after you

21   were locked into the cell?

22      A.    Approximately, yeah.

23      Q.    I want to go back to the night when

24   he threatened you, actually when he

**Daniel B. Cohee**                              44

1    slip to the CO and had them shake him down

2    and send him to the hole for contraband.  I

3    would have got him out of the cell.

4      Q.    Do you recall whether or not your

5    cell was searched for contraband in the

6    days leading up to the incident?

7      A.    I'm not sure.  They do random

8    shakedowns a lot.

9      Q.    Do you recall if your cell was ever

10   subject to a shakedown while Mr. Stroman

11   was your cellmate?

12     A.    I believe so.  I'm not sure it was

13   so long ago.

14     Q.    I don't mean to have you sort of

15   relive the incident.  I know it was pretty

16   traumatic.

17     A.    Yeah.

18     Q.    But after you're reading this

19   paper, you said something to him, I

20   believe.  And can you tell me about how the

21   actual altercation came about and how long

22   it lasted, the details?

23     A.    Can I use cuss words and stuff?

24   What he said was really hideous.  Like he



```
 1    said some things that I didn't know about

 2    the victim's family or, you know, if this

 3    is publicized or how it works.

 4              But basically I said something

 5    about, I said something about the rapist in

 6    the newspaper.  I said they got a rapist in

 7    the newspaper.

 8              MR. MURPHY:  Slow down just a

 9  little bit.

10    A.    I said you got to be a clown to

11    have to rape a girl in this world with all

12    of the women out there, what a loser or

13    something like that.

14              He stood up, went to the

15    window.  He was on the top bunk.  His legs

16    were hanging down.  He hopped down, went to

17    the window.  I guess he was seeing if staff

18    was out there.  I didn't know what he was

19    doing.

20              I stood up to make coffee in my

21    tumbler cup.  He spun around and he said

22    you think that's funny, man?  He said you

23    think that shit is funny, dog?

24              I said what?
```



**Daniel B. Cohee**                                     46

1                    He said I'm in here for life;

2          I'm here in for rape and murder; I got

3          life, no parole; I cut the girl's throat

4          and I fucked her dead body.

5                    And he hit me with the razor

6          across the right side of my face and I

7          punched him.  And I put him in a headlock

8          as fast as I could and I hit my nose on the

9          desk because there's not much room.  And he

10         cut me on this (indicating) side as he was

11         swinging the blade, cut me on my forearm

12         and my face and he tried to cut my throat.

13                   And as I had him in a headlock,

14         he went for my neck here (indicating) where

15         the cut is through my hand which would have

16         been my jugular vein.  And I yanked him

17         towards the door, started kicking the door

18         as hard as I could backwards as I held him

19         in a headlock as he was squirming trying to

20         get out and swinging the blade at me.

21                   And I just basically held onto

22         him and squeezed him as much as I could and

23         didn't let him out of the headlock.

24         Q.    And how long were you restraining

**Daniel B. Cohee**                                    49

```
1    on me.
2        Q.    Okay.  And what happened as the
3    officers are approaching the tier?  What
4    happened right after that?
5        A.    When I was -- all right.  After
6    that?  Basically CO Russell said are you
7    shitting me?  He seen I guess all the blood
8    and everything.  I'm standing by the sink.
9    I wrapped my shirt around my hand that I
10   found on the floor.
11              He just popped -- he said code
12   8, popped the cell, said back up to the
13   door.  I backed up and he handcuffed me.
14   They came in, got Stroman as they led me
15   out to the upstairs shower, locked me in
16   the shower.  They said do not wash the
17   blood off; we're going to need it for
18   evidence and pictures.
19              And then they left and got him,
20   brought him down to the interview room.
21   And I think they were searching the cell
22   and searching him for the weapon.  I
23   remember I passed out in the shower after
24   like ten, fifteen minutes waiting.  I
```

1    started feeling real woozy.

2              Other inmates were yelling out

3    the doors what happened?  Cohee, what

4    happened?  Because they all seen me pass by

5    the cell covered in blood.  They basically

6    were just telling me keep my mouth shut,

7    don't snitch on him, blah, blah, blah.

8              I just remember I fell into the

9    shower and I fell down.  I remember CO

10   Russell or somebody said oh, shit, he just

11   fell in the shower.  They called a code 4

12   to hurry the medical staff.

13             After that, about another five

14   minutes or so, maybe ten minutes, then I

15   was led out to the nurses station to wait

16   there until about 1:00 o'clock until the

17   doctors came.  And then they just wiped my

18   wounds and Lieutenant Lisa Glick, a

19   blond-haired woman, came in and said she

20   needed to take photographs of the injuries.

21   And basically, you know, they couldn't do

22   much for me.  They just basically took

23   pictures of my injuries.

24             And when Dr. Desrosiers got



1    there, she said that my face looked like it

2    just had scratches, superficial scratches

3    and it probably doesn't need stitches and

4    my lip was cut, probably doesn't need

5    stitches.  She said my hand wound was

6    pretty severe and might need stitches,

7    which was obvious, my neck and my forearm,

8    my nose from hitting the desk, basically

9    just looked at everything.

10                   I was starting to feel real

11   woozy.  Like I said, everybody was

12   surrounding me like vultures basically

13   trying to get a look at the injuries or

14   trying to see what happened.  I was

15   surrounded by a whole bunch of people that

16   didn't really know what they were doing,

17   you know.

18                   One of the nurses, Claire,

19   grabbed my arm.  They said we're going to

20   take you out of the cuffs because it was

21   making me -- you know, I was squirting

22   blood everywhere.  The injury was so wide

23   that every time -- my finger was like

24   permanently stuck like this (indicating)

1    because the tendon was nicked.

2              So every time I would move my

3    hand, it would squirt blood across the

4    room, like projecting.  They were like oh,

5    cool.  Some of the CO's thought it was

6    cool.  Me, it made me feel sick.  I felt

7    like I was going to faint, started sweating

8    real bad, having hot flashes and I remember

9    I blacked out and fell.

10             And I remember another nurse,

11   Dee, opened the ammonia capsule under my

12   nose and said you're going to be all right,

13   baby; you lost a lot of blood.

14             I remember I came to.  I stood

15   back up and the nurse tried to grab my arm

16   and hold it down again.  And I know that

17   any layman person or anybody just from my

18   mom and growing up that if you get any type

19   of injury you always hold it above your

20   head to stop the bleeding above your heart.

21   Do you know what I mean?

22             She was trying to hold it down

23   so I snatched my hand from her.  And then

24   they all the CO's grabbed me and told me to

1    there by myself.

2        Q.    You said when you fell down an

3    officer noticed.  How were they able to

4    notice that no one was there?

5        A.    The interview room, it's on the

6    tier with us.  It's actually like where

7    they would keep the mop and bucket and all

8    that stuff for inmates to clean, whoever

9    the main trustee inmate is or whatever.

10   It's right there on the same tier so the

11   door is open.  They can just look up at me

12   and I guess they heard me fall, I guess.  I

13   don't know how they noticed.

14       Q.    Do you know what a code 8 is?

15       A.    Yes.  It's a fight, I guess.

16       Q.    Are you familiar with the term code

17   4?

18       A.    Yes.

19       Q.    What's a code 4?

20       A.    It's like a medical, if somebody

21   passes out or needs medical attention.

22              But I know whenever a code 8 is

23   called, a code 4 is automatically called

24   because of a physical injury.  They go hand

**Daniel B. Cohee**                                  112

1     Q.    I think your testimony to my

2   understanding of the timeline was you sat

3   in the shower for about ten minutes until

4   someone from medical came?

5              MR. MURPHY:  Objection.

6     A.    No.  It might have been twenty

7   minutes.

8     Q.    How long was it?

9     A.    About fifteen, twenty minutes or

10  so.  That's just me from looking at the

11  logbook records of the different times they

12  documented when staff came on the tier,

13  medical arrived.

14              To me it felt like a half hour,

15  but according to the documents it was

16  twenty minutes.

17    Q.    Okay.  And the medical was not

18  actually housed in the block that you were,

19  cell block you were in, correct?

20    A.    There is nurses there in the

21  nurses' station but they weren't there for

22  some reason.

23    Q.    So they presumably had to come from

24  some other location?



**Daniel B. Cohee**                                    113

```
1        A.     Yes.

2        Q.     And you don't know where they were

3     located --

4        A.     No.

5        Q.     -- to come see you?

6        A.     No.

7        Q.     From the shower the nurses looked

8     at you and we heard the testimony about the

9     blood and all that.  You were then

10    transported into the nurses' station on the

11    tier?

12       A.     The nurses never came to the

13    shower.  When I fell, the CO's ran upstairs

14    and pulled me out and then helped me down

15    the steps and took me to the nurses'

16    station.  Then I waited there for the

17    nurses to come about another ten minutes or

18    so or however long it was, 1:00 o'clock.

19       Q.     When they came to see you, the

20    nurses started to put I think you said

21    gauze and things on your injuries, correct?

22       A.     Yeah.  It just basically was just

23    looking at my injuries.  First they were

24    trying to stop the bleeding, you know,
```

**Daniel B. Cohee**                    119

```
1              But my statement is would you

2      agree it's possible that medical wasn't

3      called for fifteen or twenty minutes after

4      you were put in the nurses' station?

5       A.    No, I don't think so.  They

6      escorted me there.  They wouldn't have

7      escorted me to the nurses' station without

8      the nurses being aware I'm coming there.

9              Do you know what I mean?

10      Q.    Well, that's your assumption.

11              I'm saying do you have any

12      documents that say when the nurses were

13      actually notified?

14      A.    Just the logbook records.

15      Q.    And that shows when they actually

16      were on the tier?

17      A.    When they showed up, yes.  Not when

18      they're notified that I know of.  Just a

19      code 8 pretty much at 12:31 is when they

20      were all notified, I guess because it's a

21      big thing that goes over all of the

22      walkie-talkies.  The whole prison is

23      notified that there's an incident to

24      respond to.
```

**Daniel B. Cohee**                                    120

```
 1        Q.    Has anybody told you that the

 2   nurses purposely responded late to your

 3   injury?

 4        A.    No.

 5        Q.    You have no evidence to suggest

 6   that they purposely responded late?

 7        A.    I don't think they did it on

 8   purpose.  I just know they took forever to

 9   get to me. I was bleeding.

10        Q.    The second thing you said that they

11   did wrong is they didn't stop the bleeding.

12   In particular, the one nurse dropped your

13   hand which you believe from your training

14   from your mother as a little child is the

15   improper thing to do.  Is that correct?

16        A.    Yeah.  Well, them having me

17   handcuffed too behind my back all that time

18   bleeding was not good either.  Do you know

19   what I mean?  But them grabbing my hand and

20   she applied pressure with some type of

21   towel or cloth and blood was gushing and

22   they were all "ooohh," you know, noises

23   were being made.  It made me woozy and I

24   passed out.
```

**Daniel B. Cohee**                    127

```
 1      any of Correct Care Solutions' medical

 2      policies with regard to treating an inmate

 3      who has injuries such as yourself?

 4          A.    No.

 5          Q.    The answer is no?

 6          A.    No.

 7          Q.    Are you familiar with the prison

 8      medical policies for treating an inmate

 9      with the injuries that you suffered?

10          A.    No.

11          Q.    So as you sit here today, you're

12      not aware of any policies or procedures

13      that were violated by any medical staff

14      member?

15          A.    Mm-mm.

16          Q.    No?

17          A.    No.

18                I just remember what gave me,

19      you know, an idea why somebody was in the

20      wrong was basically from me waiting so long

21      to finally wait for an ambulance and I was

22      handcuffed to a chair, still bleeding and

23      holding the things to myself.  I'm still

24      cuffed, shackled and cuffed to the chair in
```

1    building 24 classroom.  I had to hold the

2    bandages and stuff to myself.  Everybody

3    left except two correctional officers were

4    there to watch me and just wait for the

5    ambulance.

6              And when the ambulance arrived,

7    they asked why did it take -- they said

8    Jesus Christ, why did it take so long to

9    call an ambulance?

10   Q.    And so based on the statement of

11   the ambulance driver is what caused you to

12   think that the medical staff had done

13   something incorrect?

14   A.    Yes.

15   Q.    You testified early on in your

16   testimony that you filed a lot of

17   grievances.

18              Are you familiar with the

19   medical grievance process?

20   A.    Yes.

21   Q.    That's different than the prison

22   grievance process, correct?

23   A.    Yes.

24   Q.    So if you want to grieve about a



**WILCOX & FETZER LTD**
Registered Professional Reporters
(302) 655-0477
www.wilfet.com

1    the treatment that you received on your

2    face.  Is that true?

3        A.    No.  Yes.

4        Q.    No, you never did?

5        A.    No.

6        Q.    So prior to filing this lawsuit,

7    you never filed a medical grievance?

8        A.    Yeah.  Because it was too late

9    after the fact.  Basically when I was in

10   the infirmary and I asked the staff for the

11   grievance, the only grievance they had was

12   a regular grievance.  So I grieved the

13   staff.

14            They didn't have a medical

15   grievance.  I didn't even get the regular

16   grievance from the office.  I got it from

17   an inmate that works in the infirmary.  He

18   said I got you one.  He went and got me

19   one.

20       Q.    So you're saying you did grieve

21   what the medical staff did?

22       A.    No.  I never got a medical

23   grievance.  They didn't have any to give

24   me.



**Daniel B. Cohee**                                     131

```
1        Q.    You just testified you got a

2    regular grievance though.

3        A.    Yes.

4        Q.    So you filled out a regular

5    grievance form saying what the medical

6    staff did was incorrect?

7        A.    No.  I just went and said what

8    Sergeant Jones and Russell did basically

9    and how they didn't do phone punches.

10                MR. WILCOX:  Can we mark this

11   as Cohee No. 2?

12       A.    I didn't have a grievance to file a

13   medical grievance.

14       Q.    Give him a break so he can mark

15   that.

16                (Cohee Deposition Exhibit No. 2

17   was marked for identification.)

18   BY MR. WILCOX:

19       Q.    Mr. Cohee, I've handed you a

20   document marked as Cohee 2.  It is dated

21   March the 2nd, 2012.  Is that correct?

22       A.    Yes.

23       Q.    And is this a document that you

24   filled out?
```



**Daniel B. Cohee**                                    132

1      A.      Yes.

2      Q.      In fact, at the bottom under

3   Grievant's Signature is that your

4   signature?

5      A.      Yes.

6      Q.      Is this the grievance that you

7   testified to that you filled out in the

8   infirmary for the incident that happened on

9   February 24, 2012?

10     A.      Yes.

11             MR. MURPHY:  Objection to the

12  form.

13     Q.      Does this document reference any

14  treatment of the medical treatment you were

15  given?

16     A.      No.  Because it's not a medical

17  grievance.

18     Q.      And there are no other grievance

19  forms that you filled out other than Cohee

20  2 for this incident?

21     A.      No, sir.

22             I was actually told not to

23  utilize my hand for ten days.

24             MR. MURPHY:  Wait for a



**Daniel B. Cohee**                                     150

1      that he couldn't get it?

2          A.      Yeah.

3          Q.      What did he say?

4          A.      He told me they never renewed the

5      medication.  Because I asked him do you

6      take any meds?  You probably should get on

7      some medication because of the way he was

8      getting suicidal and just the way he was

9      acting, you know.

10                      And he said he didn't take

11     anything, they didn't give him no new ones

12     basically.

13         Q.      You were asked some questions about

14     your injuries and you mentioned PTSD, the

15     scars that you have, physical pain.

16                      Has there been any nerve injury

17     or nerve impairment related to the cut that

18     was on your hand?

19         A.      Sure, there is.

20         Q.      Can you tell me, can you describe

21     for me what sort of impairment that is?

22         A.      It's just not the same strength

23     as -- like my pointer finger isn't like it

24     was.



1       form number 584, a regular grievance form.

2       And it's just basically against DOC staff

3       in general rather than medical.  That's a

4       different field I guess.

5           Q.    After the incident on the 12th when

6       you got back, you left Kent General and you

7       come back to the prison, did you ever

8       request a medical grievance form?

9           A.    Yeah.  I asked for all of the

10      grievances I could get.

11          Q.    Were you ever given a medical

12      grievance form?

13          A.    No.

14                  MR. MURPHY:  Those are all of

15      the questions I have.

16                  MR. WILCOX:  I have questions.

17      BY MR. WILCOX:

18          Q.    You said you estimated the time it

19      took for you to get from the prison after

20      the incident to Kent General was three

21      hours.

22                  How did you come up with that

23      number?

24                  MR. MURPHY:  I'm just going to



**Daniel B. Cohee**                                         158

```
1     it would have been sent right back to me as

2     the wrong process.

3        Q.    But you didn't make an attempt to

4     do it either, did you?

5        A.    No.

6        Q.    And did you ever ask any of the

7     doctors while you were in the infirmary to

8     get you a medical grievance form?

9        A.    I asked the nurses and the CO's

10    that were with me.  And they said they

11    would get me one and then they never did.

12    And the shift changed and it was a whole

13    new staff.

14              And then I asked again and then

15    one of the inmates that were sweeping the

16    floor, he said I gotcha and he went and got

17    me the grievance form.  He said that's all

18    they have.  The same thing the CO said.

19       Q.    But you were in the infirmary for I

20    think you estimated two days after you came

21    back from the hospital?

22       A.    It might have been longer.

23       Q.    Three days, five days?

24       A.    Maybe, yeah.  Five, six days.
```



**Daniel B. Cohee**                              161

1      Q.     Hold on.

2             Claims against Correct Care

3      Solutions that you're making that up?

4      A.     No.

5             MR. MURPHY:   Objection to form.

6      A.     Because I already looked at the

7      facts that the doctor orders was don't use

8      my hand for ten days.  You're only allowed

9      to have seven days to file a grievance.

10     When I looked back at the facts, I'm like

11     it wouldn't even have mattered.

12             Do you know what I mean?  The

13     grievance -- I asked for a grievance.

14     That's all they had.  I mean if you was in

15     there right now and you said I need a

16     medical grievance and they said we don't

17     have any, you're screwed.  What are you

18     going to do?  There's nothing that you can

19     do.

20     Q.     So they didn't have a medical

21     grievance forms for five days?

22     A.     I don't know how many days it was,

23     but I know any time I asked them I just got

24     tired of asking them, you know.

**Daniel B. Cohee**                              162

1              So I just filled out that

2     grievance.  My main concern was it gets

3     Sergeant Jones fired or him in trouble for

4     not moving me.  That's what -- I was mad.

5     I was frustrated I'm in this situation.

6     Now they want me to press charges and it's

7     going to cause more problems inside this

8     hostile, violent environment in prison.

9              Do you know what I mean?

10        Q.    Right.

11        A.    I was just trying to heal.

12        Q.    Right.  So your main purpose in

13    grieving was to --

14        A.    So much stuff was going on.

15        Q.    -- was to get the sergeant fired,

16    correct?

17        A.    Pretty much.  Like let him -- yes.

18        Q.    Right.  It wasn't to grieve about

19    the medical care you got?

20        A.    I would have filed a medical

21    grievance and I didn't have any.  I just

22    would have said the same thing.  They

23    delayed access to the ambulance, made me

24    pass out, general things.

